IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHOOSE FRIENDSHIP, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE INDIVIDUALS, CORPORATIONS, ) <br> LIMITED LIABILITY COMPANIES, ) <br> PARTNERSHIPS , AND ) <br> ININCORPORATED ASSOCIATIONS ) <br> IDENTIFIED ON SCHEDULE A TO THE ) <br> COMPLAINT, ) <br> ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:23-cv-16571 <br><br> Judge LaShonda A. Hunt <br><br> Magistrate Judge Heather K. McShain |

**AMENDED NOTICE OF MOTION**

To: *Ex Parte*

     PLEASE TAKE NOTICE that on **December 21, 2023, at 10:00 a.m.,** or as soon thereafter as counsel may be heard, shall appear before the Honorable LaShonda A. Hunt via remote conferencing[1], if permissible by the Court, and present Plaintiff's Motion and Memorandum in Support for Temporary Restraining Order [DE 5] which motion is presently objected to by Defendant EuTengHao, by and through Brian Patrick Doney.

Dated: December 18, 2023             */s/ Cory Jay Rosenbaum*
                                                             (electronically signed)
                                                              C.J. Rosenbaum, Esq
                                                              Rosenbaum & Segall, P.C.
                                                              122 South Michigan Ave.
                                                               Chicago, IL 60603
                                                               CJR@AmazonSellersLawyer.com
                                                                212-256-1109
                                                                NYS Bar #2669133

                                                             *ATTORNEY FOR PLAINTIFF*
                                                             *CHOOSE FRIENDSHIP, LLC*

---

[1] Prior call in information was Toll-Free Number: 877-336-1828, Access Code: 4082461.

1