IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHOOSE FRIENDSHIP, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS , AND ININCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT | ) **Judge Lashonda A. Hunt**<br><br>Case No. 23-cv-16571 |
| Defendants. | ) |

**Plaintiff's Motion to Appear Telephonically for the Hearing on the Motion to Extend Deadline to Submit Amended Complaint with Proposed and Agreed to Briefing Schedule**

Plaintiff, CHOOSE FRIENDSHIP, LLC, ("Choose Friendship") hereby requests to Appear Telephonically for Motion Calendar:

1. Plaintiff has filed its Contested Motion to Extend the Deadline to submit it's Amended Complaint and the Agreed Proposed Briefing Schedule. DE 28.

2. Pursuant to the Court's Rules, Plaintiff has Noticed the Motion for Tuesday, March 5th at 10:00 a.m.

3. Plaintiff's counsel respectfully requests that the hearing Noticed for Presentment for March 5th be heard telephonically.

WHEREFORE, Plaintiff respectfully requests that the Court grant it's request to appear remotely.

DATED this 27th day of February, 2024.

                                                    Respectfully submitted,

                                                   /s/ *Cory Jay Rosenbaum*
                                                  C.J. Rosenbaum, Esq
                                                  Rosenbaum & Segall, P.C.
                                                  122 South Michigan Avenue
                                                  Suite 1390
                                                  Chicago, Illinois 60603
                                                  CJR@AmazonSellersLawyer.com
                                                  212-256-1109
                                                  NYS Bar #2669133

                                                  *Counsel for Plaintiff Choose Friendship LLC*